## STATE OF CONNECTICUT *v.* JAY HOWARD MCCOLLUM

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 901 (AC 14041), is denied.

*Mary Miller Haselkamp,* assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided June 17, 1996

## DONNA DENEHY ET AL. *v.* INLAND WETLANDS AND WATERCOURSES COMMISSION OF THE TOWN OF BURLINGTON ET AL.

The petition by the plaintiffs Donna Denehy, Richard Denehy and Lake Como Concerned Citizens for certification for appeal from the Appellate Court, 41 Conn. App. 901 (AC 14332), is denied.

BERDON, J., dissenting. I would grant the plaintiffs' petition for certification to appeal.

*James H. Throwe* and *Gregory P. Granger,* in support of the petition.

*Peter J. Zagorsky,* in opposition.

Decided June 17, 1996